COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS









IN THE INTEREST OF I.L., A CHILD.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00049-CV



Appeal from the


65th Judicial District Court


of El Paso County, Texas 


(TC# 2003CM5921) 



MEMORANDUM OPINION


 Rigoberto Lerma attempts to appeal from the trial court's ruling, granting a petition to
terminate his parental rights. Finding that the trial court has not entered a final order in the case,
we dismiss the appeal for want of jurisdiction.

 The trial court orally granted a petition terminating Mr. Lerma's parental rights regarding
I.L. at the close of a termination hearing on January 17, 2008. Mr. Lerma filed a notice of appeal
on January 24, 2008. There is no record that a final appealable order has been entered by the trial
court.

 Appellate courts generally have jurisdiction over final judgments, and such interlocutory
orders as the Legislature deems appealable. Tex.Civ.Prac.&Rem.Code Ann. § 51.012 (Vernon
1997) and § 51.014 (Vernon Supp. 2007); Ruiz v. Ruiz, 946 S.W.2d 123, 124 (Tex.App.--El Paso
1997, no pet.). Given the absence of a final appealable order in this case, we dismiss the appeal
for want of jurisdiction.



May 15, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.